# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 98 C 7949 | **DATE** | 9/7/2001 |
| **CASE TITLE** | Anton Brown, et al vs. City of Chicago, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Defendant's motion to structure discovery is hereby denied, with leave being granted defendant to raise the issue before Judge Gettleman.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 4 | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 10 2001 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 01 SEP -7 AM 11: 46 | 9/7/2001 date mailed notice | |
| TH✓ | courtroom deputy's initials | Date/time received in central Clerk's Office | TH mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANTON BROWN, et al.,               )
                                   )
         Plaintiffs,               )
                                   )
    vs.                            )    No. 98 C 7949
                                   )    Judge Robert W. Gettleman
CITY OF CHICAGO, et al.,           )    Edward A. Bobrick,
                                   )    Magistrate Judge
         Defendants.               )

DOCKETED
SEP 1 0 2001

## MEMORANDUM ORDER

Before the court is the motion of defendant City of Chicago to stay discovery under Fed.R.Civ.P. 26(d).

This case stems from the celebrations–and disturbances–following the last Bulls' championship on June 14, 1998. On that evening, the plaintiffs were involved in an encounter with Chicago police outside a liquor store. Bringing their complaint under 42 U.S.C. § 1983, plaintiffs allege that the officers violated their civil rights when they fired shots at plaintiffs' vehicle, wounding the plaintiffs. They also bring certain *Monell* claims against the City of Chicago. The City now moves for an order staying those "*Monell* policy claims against [it] until such time as the claims against the individual defendant officers are resolved."

As the City notes in its motion, this case is currently referred to this magistrate judge for supervision of discovery. While the city couches its request as a motion to

structure discovery, our closer review of the matter finds that it is in essence a motion to bifurcate trial, more properly brought before Judge Gettleman under Fed.R.Civ.P. 42(b). Tellingly, the six cases upon which the City relies in its motion are all bifurcation cases. (*Defendant City of Chicago's motion to Structure Discovery*, at 2). Obviously, an order staying the proceedings against the City until the case against the individual officers is "resolved" is, for all practical purposes, an order bifurcating trial, regardless of what the City chooses to call it. This magistrate judge is presently without jurisdiction to enter such a far-reaching order, which would affect Judge Gettleman's conduct of this case.

## CONCLUSION

For the foregoing reasons, defendant's "Motion to Structure Discovery" is hereby DENIED, with leave being granted defendant to raise the issue before Judge Gettleman.

ENTERED: *Edward A. Bobrick*
EDWARD A. BOBRICK
**United States Magistrate Judge**

DATE: September 7, 2001